IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LONNIE WHITE                                                                                      PLAINTIFF

V.                                              CASE NO. 07-CV-1012

MARK SPENCER and
JAMES LEE AUSTIN                                                                              DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed September 25, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). Judge Bryant recommends that the Court grant Separate Defendant James Lee Austin's Motion for Judgment on the Pleadings. The Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Separate Defendant James Lee Austin's Motion for Judgment on the Pleadings is **GRANTED**, and Plaintiff's claims against James Lee Austin are **DISMISSED**.

**IT IS SO ORDERED**, this 11th day of October, 2007.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge