IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

LONNIE WHITE                                                                                          PLAINTIFF

VS.                                           Civil No. 07-CV-1012

MARK SPENCER                                                                                        DEFENDANT

### ORDER

    Now on this 28th day of July, 2008, comes on for consideration the proposed findings and recommendations filed herein on July 1, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days having passed without objections being filed by the parties, the court hereby adopts <u>in</u> <u>toto</u> the findings and recommendations.

    Accordingly, the court finds that the Motion to Dismiss [Doc. 26] should be and is hereby granted.

    IT IS SO ORDERED.

                                                 /s/ *Harry F. Barnes*
                                                 **HARRY F. BARNES**
                                                 **U.S. DISTRICT JUDGE**